## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Holcim (US) Inc. d/b/a LafargeHolcim, | |
| Plaintiff, | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** |
| vs. | |
| Killoran Trucking & Brokerage, Inc. and Killoran Trucking, LLC, | |
| Defendants. | Case No. 1:21-cv-043 |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on November 17, 2021, at 9:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

The parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

Dated this 12th day of May, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court